The People of the State of Illinois, defendant in error, v. William J. Moran, plaintiff in error. Gen. No. 28,766.
Charge of assault with dangerous and deadly weapon, commonly called an automobile. Judgment for People. Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.

O'Brien, Prystalski & Owen, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.